# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-209
Lower Tribunal No. CF14-8579-XX

_____

WANDA IMBER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Donald G. Jacobsen, Judge.

November 28, 2023

PER CURIAM.

AFFIRMED.

WHITE, MIZE and BROWNLEE, JJ., concur.


Jean M. Henne, of Jean M. Henne, P.A., Winter Haven, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Lydon W. Schultz, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED